**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 445 MAL 2021

           Respondent               :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

           v.                       :

                                    :

STEPHEN FREDERICK BAKER JR.,       :

              Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.